AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
v.

RANGIST SPOTTS

**CRIMINAL COMPLAINT**

CASE NUMBER: 05- 101 - KTS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 20, 2005__ in __Suffolk__ County, in the _____ District of __Massachusetts__ defendant, (Track Statutory Language of Offense)

**knowingly and willfully did forcibly assault, resist, oppose, impede, intimidate and interfere with seven Federal Protective Service Officers, persons designated in Title 18, United States Code, Section 1114, while the aforesaid Federal Protective Officers were engaged in the performance of their official duties,**

in violation of Title __18__, United States Code, Section(s) __111(a)__.

I further state that I am a(n) __Special Agent, Federal Protective Service__ and that this complaint is based on the following facts:
Official Title

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes  ☐ No

_Signature of Complainant_
John Blake

Sworn to before me and subscribed in my presence,

Special Agent, Federal Protective Service
Immigration and Customs Enforcement
U.S. Department of Homeland Security

Dec. 20, 2005                at      Boston, Massachusetts
Date                                  City and State

Honorable. Leo T. Sorokin, United States Magistrate Judge
Name & Title of Judicial Officer

_Signature of Judicial Officer_

05 MJ 101- LTS

# AFFIDAVIT

I, John Blake, having been duly sworn, do hereby depose and say:

1. I am a Special Agent of the Federal Protective Service ("FPS") and have been so employed for approximately five years (FPS is a division of Immigrations and Customs Enforcement, which is a part of the Department of Homeland Security). Previously, I was a Police Officer for FPS since 1987. My current duties include the investigation of crimes that occur on federal property and the investigation of alleged threats against government employees as well as threats against federal property and/or facilities.

2. I am aware that Title 18 of the United States Code, Section 111(a), makes it a crime for any person to knowingly and willfully forcibly assault, resist, oppose, impede, intimidate and interfere with Federal Protective Officers, persons designated in Title 18, United States Code, Section 1114, while the aforesaid Federal Protective Officers are engaged in the performance of their duties. Having so said, I make this affidavit in support of a criminal complaint charging RANGIST SPOTTS with the assault of Federal Protective Officers[1] at the JFK Federal Office Building located at 25 New Sudbury Street in Boston, Massachusetts at approximately 9:45 a.m. on December 20, 2005.

3. The facts stated herein are based upon my own personal involvement in this investigation, and my discussions with other law enforcement officers also involved with this investigation and the incident itself (described herein). I have also derived knowledge from video surveillance recordings which revealed presence and actions of RANGIST SPOTTS as he approached and entered the aforementioned JFK Federal Office Building on December 20, 2005.

---

[1] The officers included Federal Protective Officers Imbert, Steely, Schlichting, Cabral, Smith, Cherry, Carricoolo, O'Conner, Special Agents Rand and Fahey.

-1-

Additional facts were derived from an interview with RANGIST SPOTTS following his arrest on December 20, 2005.

    4. As part of the investigation of this matter, the following facts were discovered which lead to the development and arrest of RANGIST SPOTTS as the subject of the assault on federal officers which occurred as described herein:

    a. On December 20, 2005, at approximately 9:45 a.m., an individual wearing a black hooded sweatshirt and black pants who was on foot approached the JFK Federal Building located at 25 New Sudbury Street in Boston, Massachusetts. He was seen carrying a large duffel bag over his shoulder.

    b. The individual walked across the outdoor plaza area in front of the higher portion of the building and attempted to enter through a locked (secured) door. After unsuccessfully attempting to enter, the individual went to a set of nearby revolving doors.

    c. As the individual was in the plaza area and approaching the revolving doors, he was holding two large cans - later recovered and determined to be aerosol-design "bug bomb" canisters.

    d. The individual covered his face and appeared to activate the canisters. He then kicked one canister through the revolving door and into the interior of the JFK Federal Building and at or near the same time dropped the other canister and kicked it into the interior of the JFK Federal Building. Both canisters were seen emitting their poisonous contents (as they were designed to do and persons involved in subduing the individual later felt the side effects from inhaling the

sprayed contents of the canisters).

e. The individual then walked further into the lobby and was seen holding what appeared to be a tennis ball (green in color). He then attempted to light the tennis ball (the tennis ball was later recovered and found to contain a flammable liquid believed to be rubbing alcohol). The individual was ultimately unsuccessful in his attempt to light the "tennis ball."

f. At about this time, having observed the actions of the individual described above, approximately ten on-duty, uniformed Federal Protective Officers rushed toward the individual and attempted to subdue him. As they rushed towards him, he yelled "bring it!"

g. The individual persisted in his struggle to physically resist being subdued by the Officers and he used his arms and legs to push officers away as they attempted to restrain him with handcuffs. Mace had to be used to subdue the individual and one of the FPS Officers suffered a broken finger as a result of the struggle.

h. Following his arrest, the individual was recognized by Federal Protective Officers as a former Federal Protective Officer who had resigned from the FPS approximately four to five years ago. He was known to FPS Officers as "RANGIST SPOTTS" and carried identification which verified his identity.

i. The duffel bag which the individual was carrying was recovered and found to contain approximately 3 additional "bug bomb" canisters.

j. Following his arrest, the individual was asked by FPS Officers what he was trying to do and he replied that "I was trying to light this tennis ball on fire."

13. Based on the foregoing, I believe there is probable cause to believe that on December 20, 2005, RANGIST SPOTTS, did knowingly and willfully forcibly assault, resist, oppose, impede, intimidate and interfere with Federal Protective Officers, persons designated in Title 18, United States Code, Section 1114, while the aforesaid Federal Protective Officers were engaged in the performance of their duties, in violation of 18 United States Code, Section 111(a).

I hereby certify that the foregoing is true and correct. Executed this 20th day of December, 2005.

_____
John Blake, Special Agent
Federal Protective Service
Immigration and Customs Enforcement
U.S. Department of Homeland Security

Subscribed and Sworn to before me this 20th day of December, 2005.

_____
Honorable Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE

