UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO.: 06 - 10198-NG |
| ) | |
| RANGHIST SPOTTS,   ) | Counts 1: 18 U.S.C. §§111 |
| Defendant.   ) | (a)(1) and (b) |
| ) | Assault on a Federal Officer |
| ) | Counts 1 - 2:  18 U.S.C. § 111(a)(1) |
| ) | Assault on a Federal Officer |

INDICTMENT

**COUNT ONE**: 18 U.S.C. §§111(a)(1) and (b) – Assault on a Federal Officer

The Grand Jury charges that:

On or about December 20, 2005, at Boston, Massachusetts, in the District of Massachusetts,

**RANGHIST SPOTTS,**

the defendant herein, did forcibly assault, resist, oppose, impede, and interfere with Federal Protective Service Officer Walter Schlichtling, an employee of the Federal Protective Service, while Officer Schlichtling was engaged in and on account of the performance by him of his official duties, and in so doing did inflict bodily injury upon Officer Schlichtling.

All in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

**COUNT TWO**: 18 U.S.C. §§111(a)(1) – Assault on a Federal Officer

The Grand Jury further charges that:

On or about December 20, 2005, at Boston, Massachusetts, in the District of Massachusetts,

**RANGHIST SPOTTS,**

the defendant herein, did forcibly assault, resist, oppose, impede, and interfere with Federal Protective Service Officer Michael Cherry, an employee of the Federal Protective Service, while Officer Cherry was engaged in and on account of the performance by him of his official duties.

All in violation of Title 18, United States Code, Sections 111(a)(1).

**COUNT THREE**:  18 U.S.C. §§111(a)(1) – Assault on a Federal Officer

The Grand Jury further charges that:

On or about December 20, 2005, at Boston, Massachusetts, in the District of Massachusetts,

**RANGHIST SPOTTS,**

the defendant herein, did forcibly assault, resist, oppose, impede, and interfere with Federal Protective Service Officer Joseph Carricoolo, an employee of the Federal Protective Service, while Officer Carricoolo was engaged in and on account of the performance by him of his official duties.

All in violation of Title 18, United States Code, Sections 111(a)(1).

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

_____
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS ; June 28, 2006, at _____.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

6/28/06 @ 3:36 PM