**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

February 6, 2007

Paul Moore, Assistant United States Attorney

Re:   United States v. Ranghist Spotts
      Criminal No. 06 CR 10198- NG

Dear Mr. Moore,

     Please be informed that under R. 12.2(a) and (b) of the Federal Rules of Criminal Procedure the defendant intends to introduce at trial expert evidence relating to a defense of insanity and/or mental defect bearing on the issue of guilt.

                                         Sincerely,
                                         /s/ Page Kelley
                                         Page Kelley
                                         Assistant Federal Defender

PK/cmc

cc:   Jennifer Filo
      Clerk to Nancy Gertner