UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06cr10198-NG |
| ) | |
| RANGIST SPOTTS, ) | |
| Defendant. ) | |

GERTNER, D.J.,

## JUDGMENT OF ACQUITTAL

The Defendant was found not guilty by reason of insanity on December 18, 2009. It is hereby ordered that the defendant, Ranghist Spotts, is acquitted, discharged, and any bond exonerated.

**SO ORDERED.**

Date: December 21, 2009

_____
NANCY GERTNER, U.S.D.C.